No. 01–674.  YANCO *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–694.  STERLING CONSULTING CORP. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 01–701.  TACO BELL CORP. *v.* WRENCH LLC ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–707.  HANSARD *v.* REDDING RANCHERIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 01–709.  ITNX *v.* ALPHA BUSINESS GROUP, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 01–710.  LOGITECH, INC. *v.* GART.  C. A. Fed. Cir.  Certiorari denied.

No. 01–713.  SECTION 28 PARTNERSHIP, LTD. *v.* MARTIN COUNTY, FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 01–719.  CAMPBELL ET AL. *v.* SEARS, ROEBUCK & CO. App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 01–730.  PAPA *v.* FAWCETT ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 01–736.  WATKINS *v.* ROADWAY EXPRESS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 01–737.  TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO. *v.* SECURITY LIFE INSURANCE COMPANY OF AMERICA ET AL. C. A. 9th Cir.  Certiorari denied.

No. 01–746.  RATNER ET AL. *v.* LOUDOUN COUNTY PUBLIC SCHOOLS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–747.  SANGHVI *v.* ST. CATHERINE'S HOSPITAL, INC. C. A. 7th Cir.  Certiorari denied.